# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| DANNIE LEE LAFLEUR | CIVIL DOCKET NO. 6:22-cv-00570 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| WARDEN | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 8] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS HEREBY ORDERED that Plaintiff's PETITION FOR WRIT OF HABEAS CORPUS [Doc. 4] be DISMISSED WITHOUT PREJUDICE to petitioner's right to file a motion in the United States Court of Appeals for the Fifth Circuit for leave to file a successive § 2254 petition.

**THUS, DONE AND SIGNED,** in chambers on this 13th day of June 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE